# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3188
_____

Parnell R. May

*Plaintiff - Appellant*

v.

Pulaski County Regional Detention Facility; Pulaski County Sheriff; Brawley, Sgt. Deputy, Grievance Officer, Pulaski County Regional Detention Center; L. Johnson, Deputy, Staff Inmate Services Law Library, Pulaski County Regional Detention Facility

*Defendant*s

Doc Holladay, Sheriff, Pulaski County

*Defendant - Appellee*

Does, Staff, Deputies, Employees, Guards, Correction Officers, Inmate Servicer - Pulaski County Regional Detention Facility; Briggs, Major Deputy, Supervisor A - Shift Operations, Pulaski County Regional Detention Facility; Jackson, Captain Deputy, Captain Supervisor A-Shift Operations, Pulaski County Regional Detention Facility

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: March 27, 2020
Filed: April 1, 2020
[Unpublished]
_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Parnell May, a pretrial detainee in the Pulaski County Detention Facility, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See Whitson v. Stone Cty. Jail, 602 F.3d 920, 923 (8th Cir. 2010) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.